UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HELEN DAVIS                                                                                                    PLAINTIFF

V.                                                                              CIVIL ACTION NO. 1:06cv574-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                                                    DEFENDANT

## ORDER

   In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

   The [41] Order of the United States Magistrate Judge granting Defendant's [18] Motion for Protective Order is **AFFIRMED**, and the [49] Plaintiff's Objections to Magistrate Judge's [42] Protective Order are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiff has failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

   **SO ORDERED** this the 25th day of April, 2007.

            s/ L. T. Senter, Jr.
            L. T. SENTER, JR.
            SENIOR JUDGE